FILED

# UNITED STATES DISTRICT COURT

for the

__Central__ District of Cal ▼

_____ Division

2023 MAR 20 PM 3:09

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY___ **EEE**

| | |
|---|---|
| Keuntea Jermayne Vance | Case No. 200000002431144 |
| | *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Jury Trial: *(check one)* ☑ Yes ☐ No |
| -v- | **LACV23-02074-DMG-KES** |
| Los Angeles Department of Child Support | |
| *Defendant(s)* | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | |

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Keuntea Jermayne Vance |
| Street Address | 13719 Regentview Ave. |
| City and County | Bellflower, Los Angeles |
| State and Zip Code | California 90706 |
| Telephone Number | (205) 200-9754 |
| E-mail Address | |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Los Angeles Department of Child Support |
| Job or Title *(if known)* | |
| Street Address | 111 N. Hill Street |
| City and County | Los Angeles , Los Angeles |
| State and Zip Code | California 90012 |
| Telephone Number | (866) 901-3212 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Case 2:23-cv-02074-DMG-BFM   Document 1   Filed 03/20/23   Page 3 of 10   Page ID #:3

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question         [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
Violation of my Civil Rights, based upon contracts that I have never signed nor agreed to.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* Keuntea Jermayne Vance, is a citizen of the State of *(name)* California.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____
      and has its principal place of business in the State of *(name)* _____

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____

  b. If the defendant is a corporation

The defendant, *(name)* Los Angeles Dept. of Child Support , is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* Los Angeles .

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:
$85,000

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The Defendant has caused harm to me by violating my Civil Rights in the matter regarding Child Support, as I have never contracted with them at anytime! The use tactics such wage garnishments, suspension of my Driver's License, Passport, etc,, which doesn't allow me to hold an adequate job and be empowered to pay all of my bills, and live propertly in our Free Society.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Because they have been garnishing my wages, I have to struggle to make ends meet! Over a period time the amount is well in excess of $85,000 not including interest or punitive damages. My children live with me so how is it possible that I owe child support in the first place!

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 03/01/2023

Signature of Plaintiff: *[signature]*

Printed Name of Plaintiff: Keuntea Jaymane Vance

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

IN THE UNITED STATES DISTRICT COURT

| | |
|---|---|
| **Keuntea Jemayne Vance** ) | Case No. 200000002431144 |
| Plaintiff, ) | Judge: _____ |
| Vs. ) | |
| **Los Angeles Department of Child Support** ) | |
| Defendant(s), ) | |

**COMPLAINT FOR DECLARATORY JUDGMENT, TEMPORARY RESTRAINING ORDER, PRELIMINARY AND PERMANENT INJUNCTION GARNISHING OF WAGES, INCOMES TAXES FOR ALLEGED CHILD SUPPORT, REINSTATING MY DRIVER'S LICENSE NO. Y4884973.**

***COMES NOW,*** **Keuntea Jemayne Vance**, pursuant to Rules 57 and 65 of the Federal Rules of Civil Procedure, and files its Complaint for Declaratory Judgment. Temporary Restraining Order, Preliminary and Permanent Injunction, to-wit:

### COMPLAINT

### (JURY DEMAND IS REQUESTED)

This complaint is filed to seek relief from a fraudulent contract that the **Los Angeles Department of Child Support** had me sign my name to said document unwittingly, or had the mother of our child do so, thereby creating a debt that they can collect on in using court orders, wage garnishments, suspension of my driver's license, income tax returns etc., to enforce fraudulent debt and alleged interest. And that the Customer Services and the 45 CFR 302.34 contractors are under the Executive Branch. This is in direct violation of my civil rights.

### PARTIES

1. **Keuntea Jermayne Vance**
   **13719 Regentview Avenue**
   **Bellflower, California 90706,** *Plaintiff*

2. **Los Angeles Department of Child Support**
   **111 N. Hill St.**
   **Los Angeles, Ca. 90012,** *Defendant*

### I.   JURISDICTION

1. Jurisdiction of this Court is invoked pursuant to Title 28 of the United States Code, Section 1331 and 1343, this being a suit in equity authorized by Title 42 of the United States Code, Section 1983. Jurisdiction is further invoked under Title 28 of the United States Code. The Plaintiff, a resident of the State of **California**, sues Defendant(s) a corporation of the State of **California** in the U.S. District Court alleging that

Defendant(s) caused him severe damages in excess of over $75,000, exclusive of costs and other interests, as a result of Fraud perpetuate by **Los Angeles Department of Child Support Services**. The United States District Court has Original Jurisdiction, exclusive of the court of the states, over all civil actions where the matter in controversy is no less than $75,000, exclusive of the interests and costs, and is between citizens of different states. The must grant the motion because the jurisdictional amount is criteria is met. And the District Court has Diversity Jurisdiction 28 U.S.C. 1332. Federal Law Title IV-D of Social Security Act Pub.1, No. 93-647, 88 Stat. 235 (1975), 42 U.S.C. (8/22/1996), as amended created my cause of action. 42 U.S.C. 658(A) and (F) provides profit for practice of the above. By contract Title 42, The Public Health and Welfare, is a non-positive law title. Title 42 is comprised of many individually enacted Federal Statues, such as Public Health Service Act and the Social Security Act-that have been editorally complied and organized into the titles but the title itself has not been enacted. 42 U.S.C. 1983 Deparvation of Right under Color of Law itself provides relief. (B) Non-Positive Federal created cause of action, and federal law itself provides my relief then the Federal District Court has Subject Matter Jurisdiction under Federal Question Jurisdiction.

2. The Federal Court has jurisdiction under 28 U.S.C. 1331, arises pursuant to federal laws or statues that apply to this case, and the district courts have subject matter jurisdiction in all civil actions arising under the Constitution, Laws, or Treaties of the United States. This is clearly a case of federal question. This is a non-criminal case. Under Article III of the U.S. Constitution. The Constitution and 28 U.S.C. 1332 vest Federal Courts with jurisdiction to hear cases that "arise under" federal law. The Constitution vest Federal Courts with the authority to hear cases "arising under the Constitution or the Laws or the United States." U.S. Const. Art. III, 2. 15 Moore's Federal Practice Paragraph 103.02 (noting the Article III and statutory requirements). Both the Constitution and 1331 use the same "arising under" language. The Supreme Court has interpreted the Constitutional use of "arising under" differently than the congressional use of "arising under". Article III "arising under". Jurisdiction is broader than federal question jurisdiction under 1331. Verlinden B.V. v. Central Bank of Nigeria, 461 U.S. 480, 495 (1983). (Holding that foreign Sovereign Immunities Act of 1976 does not violate Article III of the Constitution). Jurisdiction was therefore upheld. Also see In'l Union Operating Eng'rs v. Ward, 563 F. 3d 276 (7th Cir. 2009) (citing Verlinden, 461 U.S. at 494-95). Under Federal Law Title IV-d of the Social Security Act, Pub.1, No. 93-647, 88 Stat. 235(1975), 42 U.S.C. 651 (as amended created the cause of action) 42 U.S.C. 658(a) and (i) provides profit for the practice of the above.

### CLAIMS

There is a contract with the State. Under 31 U.S.C. 6305- Using cooperative agreements. Therefore, the defendant is claiming that there is a debt on the plaintiff part but they have never validated the debt, nor produce a True Bill in compliance with the FCRA. The State is acting in the capacity of a debt collection agency for the custodial parent. The **State of California** fail to act on informing the Plaintiff that he had the right to dispute their claim of alleged child support debt in court. The State violated the Plaintiff civil rights and this entitled the Plaintiff to sue the corporation known as **CALIFORNIA DEPARTMENT OF CHILD SUPPORT SERVICES.** And because these set of facts are true, entitle and the Plaintiff to be awarded a remedy by a Court of Law. Due to the fact that the Circuit Courts of Cook County Judges, and Chief Judge have a contract with the **STATE OF CALIFORNIA DEPARTMENT OF CHILD SUPPORT SERVICES** it would be a conflict of interest for this case to be heard there as the obvious bias would exist. Therefore, the venue would have to be the U.S. District Court in order to have an impartial hearing on these matters. The **CALIFORNIA DEPARTMENT OF CHILD SUPPORT SERVICES** enter into a contract with the Plaintiff knowingly committing Fraud to get the Plaintiff to sign the contract in the circuit court not being informed that it is a contract agreement creating a burden of debt to the Plaintiff. A material representation was made; the representation was false; when the representation was made, the defendant knew it was false, or made a positive

or compelling assertion without having knowledge of the true facts of this matter. The defendant made the representation with the intent of causing the Plaintiff to act. The Plaintiff acted, relying soley upon the Defendant's false representation. The Plaintiff was thereby damaged or suffered injury because of the act or mis-representation. They therefore further committed Tort (intentional or negligent infliction of emotional distress, slander, and invasion of privacy) of the Plaintiff.

A. Defamation: A false or offensive statement, either both verbal and written, about the Plaintiff was made by the Defendant. The Defendant made such statements to a third party (i.e., Credit Bureaus); Department of Motor Vehicles; State Department, etc., The Defendant acted negligently or with malice in making such statement. The Plaintiff suffered damages, including damage to his reputation specifically cause defamatory statement.

B. Intentional Infliction of Emotional Distress: The actions or conduct of the Defendant were extreme and outrageous the Defendant acted intentionally and /or recklessly. And the Defendant's actions or conduct caused severe emotional distress to the Plaintiff. This also includes false imprisonment by has the Plaintiff incarcerated in the County Jail trying to force him to comply to a so called "Purge Order"!

C. Therefore, the claim is for seeking monetary relief against the Defendant in the amount of $500,000 for loss of job while they had him incarcerated for 3 weeks, stress, loss of income, damage to his character, gender discrimination, and racial discrimination as well due to the systematic profiling.

**CAUSE OF ACTION(S):**

**Rule 5.1 Constitutional challenge to a Statute. It implements 28 U.S.C. 2403, replacing the final three sentences of Rule 24(c). Section 242 of Title 18 makes it a crime for a person acting under color of law to willfully deprive a person a right or priviledge protected by the Constitution or Laws of the United States.**

## II.   VENUE

Venue is proper in this district under Title 28 of the United States Code, Section 1392 since it is a district in which one or more defendants reside.

1. Without the assistance of this Court, **Mr. Vance** will suffer immediate irreparable and substantial harm and injury as result of the deliberate and willful actions of the Defendant(s).

2. The Plaintiff has made reasonable efforts to notify Defendant(s) of the filing of this Complaint and the hearing scheduled on Plaintiff's request for a temporary restraining order, for _____ p.m. On _____, 20 _____ at the Federal Building. In support of this motion, attached hereto as **Exhibit "A"** documents sent to **Mr. Vance** via **California Department of Child Support Services** which is incorporated herein by reference for all purposes is the Affidavit of Plaintiff's acting Pro Se, and filing Memorandum of Law regarding the legality of Title IV-D. And that there is no Remedy or Recourse as a result of this practice by OCSE, leaving the Plaintiff without any recourse or defense which is in and of itself unlawful. Because this is a Tribunal and it cannot mandate and govern families of the United States.

3. A Temporary Restraining Order is necessary to preserve the status quo, to prevent the irreparable injury to Me personally that would result from the garnishment of wages, and incomes taxes. And to allow the Court to render effective relief would be significantly impaired, of **California Department of Child Support Services** to proceed taking monies from my check each week or bi-weekly. Especially after trial, they are found to be unlawful actions on the part of the Defendants.

4. Granting requested preliminary relief will serve for the greater interest of justice indeed being fair and equitable. So, that public perception of the justice system is fair for all American Families.

This Emergency Motion is supported by a concurrently filed Memorandum of Law in Support of the unlawful practices executed by **California Department of Child Support Services**.

**WHEREFORE**, the United States prays that the Defendants and all persons acting on its behalf be enjoined from garnishing my wages, suspension of my driver's license, and my incomes taxes refunds, and any other processes that they may use to collect alleged child support. Plaintiff further pray for such other general or specific relief may be proper in the premises.

Respectfully submitted,

_____

**Keuntea Jermayne Vance, Pro Se**

**13719 Regentview Avenue**

**Bellflower, Ca. 90706**

**(205) 200-9754**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the _____ day of _____, 2023 I will hand deliver/or by Certified Mail the foregoing document to the following:

Los Angeles Department of Child Support Enforcement

_____
Keuntea Jermayne Vance, Pro Se

13719 Regentview Avenue

Bellflower, California 90706

(205) 200-9754